IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-16 |
| CHRISTOPHER LANE, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 1321.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Christopher Lane from the Indictment in the above-captioned case with prejudice. The Court DISMISSES as moot any pending motions as to Defendant Christopher Lane and DIRECTS the Clerk of Court to TERMINATE Defendant Christopher Lane from this case.

**SO ORDERED**, this 21st day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA